IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INFORMATION |
| v. | CRIM. NO. CR417-214 |
| | VIOLATIONS: |
| EDGAR DANIEL JOHNSON | 18 U.S.C. § 242<br>Deprivation of Rights Under<br>Color of Law |
| | 18 U.S.C. § 1512(b)(3)<br>Tampering with a Witness, Victim, or Informant |

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times relevant to this Criminal Information:

1. From on or about May 1, 2010, to on or about April 15, 2015, DANIEL EDGAR JOHNSON was employed by the State of Georgia Department of Corrections as a corrections officer. At all times relevant to this Information, DANIEL EDGAR JOHNSON was assigned to work as a corrections officer at the Emanuel Women's Facility (EWF) in Swainsboro, Georgia.

2. S.A. was a female prisoner incarcerated at EWF during the time DANIEL EDGAR JOHNSON worked at EWF as a corrections officer.

3. M.A. was a female prisoner incarcerated at EWF during the time DANIEL EDGAR JOHNSON worked at EWF as a corrections officer.

4. M.P. was a female prisoner incarcerated at EWF during the time DANIEL EDGAR JOHNSON worked at EWF as a corrections officer.

1

5.	The conduct alleged in Counts One through Six below occurred while DANIEL EDGAR JOHNSON was acting under color of law, in his capacity as a corrections officer at EWF.

6.	Paragraphs One through Five are incorporated by reference in Counts One through Six below.

## COUNT ONE
### Deprivation of Rights Under Color of Law
### 18 U.S.C. § 242

On or about November 1, 2012, and continuing through on or about August 30, 2013, in the Southern District of Georgia, the defendant, DANIEL EDGAR JOHNSON, while acting under color of law, willfully deprived S.A. of the right, secured and protected by the U.S. Constitution and laws of the United States, to be free from cruel and unusual punishment; specifically, the defendant, on more than one occasion, sexually assaulted S.A., penetrating S.A.'s vagina with his penis against S.A.'s will.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO
### Tampering with a Witness, Victim, or Informant
### 18 U.S.C. § 1512(b)(3)

On or about November 1, 2012, and continuing through on or about August 30, 2013, in the Southern District of Georgia, the defendant, DANIEL EDGAR JOHNSON, did knowingly intimidate, threaten, and corruptly persuade another person, and attempt to do so, with intent to hinder, delay, and prevent the communication of information to a federal law enforcement officer and judge relating to the commission and possible commission of a federal offense in the Southern District of Georgia, specifically, the offense of Deprivation of Rights Under Color Law, as alleged in Count One. Specifically, the defendant used intimidation, threats, and corrupt persuasion to prevent S.A. from reporting the conduct alleged in Count One to authorities.

All in violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT THREE
### Deprivation of Rights Under Color of Law
### 18 U.S.C. § 242

On or about April 1, 2013, and continuing through on or about April 30, 2013, in the Southern District of Georgia, the defendant, DANIEL EDGAR JOHNSON, while acting under color of law, willfully deprived M.A. of the right, secured and protected by the U.S. Constitution and laws of the United States, to be free from cruel and unusual punishment; specifically, the defendant, on more than one occasion, sexually assaulted M.A., penetrating M.A.'s vagina with his penis against M.A.'s will.

All in violation of Title 18, United States Code, Section 242.

## COUNT FOUR
### Tampering with a Witness, Victim, or Informant
### 18 U.S.C. § 1512(b)(3)

On or about April 1, 2012, and continuing through on or about April 30, 2013, in the Southern District of Georgia, the defendant, DANIEL EDGAR JOHNSON, did knowingly intimidate, threaten, and corruptly persuade another person, and attempt to do so, with intent to hinder, delay, and prevent the communication of information to a federal law enforcement officer and judge relating to the commission and possible commission of a federal offense in the Southern District of Georgia, specifically, the offense of Deprivation of Rights Under Color Law, as alleged in Count Three.  Specifically, the defendant used intimidation, threats, and corrupt persuasion to prevent M.A. from reporting the conduct alleged in Count Three to authorities.

All in violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT FIVE
### Deprivation of Rights Under Color of Law
### 18 U.S.C. § 242

On or about April 1, 2013, and continuing through on or about September 30, 2013, in the Southern District of Georgia, the defendant, DANIEL EDGAR JOHNSON, while acting under color of law, willfully deprived M.P. of the right, secured and protected by the U.S. Constitution and laws of the United States, to be free from cruel and unusual punishment; specifically, the defendant, on more than one occasion, sexually assaulted M.P., penetrating M.P.'s vagina with his penis against M.P.'s will.

All in violation of Title 18, United States Code, Section 242.

## COUNT SIX
### Tampering with a Witness, Victim, or Informant
### 18 U.S.C. § 1512(b)(3)

On or about April 1, 2013, and continuing through on or about September 30, 2013, in the Southern District of Georgia, the defendant, DANIEL EDGAR JOHNSON, did knowingly intimidate, threaten, and corruptly persuade another person, and attempt to do so, with intent to hinder, delay, and prevent the communication of information to a federal law enforcement officer and judge relating to the commission and possible commission of a federal offense in the Southern District of Georgia, specifically, the offense of Deprivation of Rights Under Color Law, as alleged in Count Five. Specifically, the defendant used intimidation, threats, and corrupt persuasion to prevent M.P. from reporting the conduct alleged in Count Five to authorities.

All in violation of Title 18, United States Code, Section 1512(b)(3).

_____
James D. Durham
Acting United States Attorney
Georgia Bar No. 235515

_____
Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440

_____
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216

_____ w/ permission MAJ
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573

_____ w/ permission MAJ
Risa Berkower
New York Bar No. 4536538
Trial Attorney
U.S. Department of Justice
Civil Rights Division

5