UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | CR417-214 |
|  | ) |  |
| EDGAR DANIEL JOHNSON | ) |  |

## ORDER

The above-captioned case is now before the Court on the Government's Unopposed Motion to Amend/Correct Typographical Error in Information. The Government seeks to amend the information to reflect that the conduct alleged in Count Three occurred on or about April 1, 2012 and continued through on or about April 30, 2013.

Upon consideration, the unopposed motion is **GRANTED**. It is hereby **ORDERED** that the Information be amended to identify the requested date range for Count Three.

SO ORDERED this 19th day of September, 2017.

_____
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA