| | | |
|---|---|---|
| SENTENCING MINUTES | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>SAVANNAH DIVISION | JUDGE: WILLIAM T. MOORE, JR.<br>DATE: 6-11-18 |

CRIMINAL CASE NO. CR **417-105 & CR 417-214**
UNITED STATES OF AMERICA VS. **Edgar Johnson**

COURTROOM DEPUTY BODAFORD          COURT REPORTER DORSEY

**ATTORNEY(S) FOR THE GOVERNMENT:** Matthew Josephson, Lisa Berkower

**ATTORNEY(S) FOR THE DEFENDANT:** Cartney Lerch

**U.S. PROBATION OFFICER:** Orlando Dallas

**DEFENDANT SENTENCED ON COUNT(S)** CR417-105 - Count 1; CR417-214 - Count 1-6

✓ Presentence Report Reviewed In Full

Custody **51** Months B.O.P.

_____ Objections to Factual Basis

Probation _____

_____ Objections To Guidelines Calculations

Supervised Release **3** Years

_____ Probation Officer Testifies

Special Conditions ✓

_____ Changes Ordered in Factual Basis/Calculations

Fine $ _____

_____ No Changes Ordered

Restitution $ Court withholds it's ruling, Court does not concur with the PSI.

✓ Findings Of The Court

Special Assessment $ **475.00**

✓ Factual Witnesses Testify

To Be Paid **Immediately**

✓ Statements Of Counsel

Community Service _____

✓ Statements By Defendant

Facility Recommended Court orders to remain in local custody until the Court holds a restitution hearing.

✓ Sentence Pronounced

Defendant Remanded To The USM ✓

**OTHER DIRECTIVES OF THE COURT**

Voluntary Surrender _____

_____ Attach Statement of Reasons to the Judgment

To USM ☐  To Facility ☐

_____ Transcribe Statement of Reasons

Nolle Prosse Count(s) _____

✓ Appeal Rights of Defendant Explained

Plea Agreement Accepted and Ratified ✓

_____ Appellate Disclosure Forms Provided

Departure From Guidelines _____

✓ Notice of Counsel's Post-Conviction Obligations Provided

Upward _____  Downward _____

U.S. Deputy Marshal **Kirby**

Time **3:35** to **4:50** Total **1 hr. 15 min**

Court Security Officer **Mark**

- CREDIT FOR TIME SERVED FROM 5/6/2015 - 5/29/16 AND SINCE 6/14/17.
- D SHALL COMPLY WITH THE SEX OFFENDER REGISTRATION.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH

## CLERK'S MINUTES - GENERAL

CASE NO. CR417-150 & CR417-214                           DATE 6/11/18
TITLE USA V. EDGAR JOHNSON

PROCEEDINGS (continued): SENTENCING

3:35 - 3:38 Side bar

Government calls M.A.
 direct: 3:48 - 3:57
 "         "   S.A.
 direct: 3:57 - 4:13

(Rev 7/2003)                                             GENERAL CLERK'S MINUTES (continued)